# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)   MATTHEW HYMAN and <br> 2)   JESSICA HYMAN, <br><br>              Plaintiffs, <br>   v. <br><br> 1)   THE TRAVELERS HOME AND MARINE INSURANCE COMPANY; <br><br>              Defendants. | Case No. CIV-13-820-D |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Matthew Hyman and Jessica Hyman and the Travelers Home and Marine Insurance Company, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) jointly stipulate that this case is dismissed with prejudice.


s/ Jeff D. Marr
JEFF D. MARR, OBA #16080
MARR LAW FIRM
4301 Southwest Third Street, Suite 110
Oklahoma City, OK  73108
Telephone: (405) 236-8000
Facsimile: (405) 236-8025
jeffdmarr@marrlawfirm.com
*Attorneys for Plaintiffs*

Jay M. Mitchel, OBA #20784
Mitchel, Gaston, Riffel & Riffel
P.O. Box 887
Woodward, OK  73802
Telephone: (580) 254-3447
Facsimile: (580) 254-5314
jmitchel@westoklaw.com
*Attorneys for Plaintiffs*

s/ Darrell W. Downs
R. STRATTON TAYLOR, OBA #10142
DARRELL W. DOWNS, OBA #12272
C. ERIC PFANSTIEL, OBA #16712
TAYLOR BURRAGE FOSTER MALLETT DOWNS RAMSEY & RUSSELL
P.O. Box 309
Claremore, Oklahoma 74018
Telephone: 918/343.4100
Facsimile: 918/343.4900
ddowns@soonerlaw.com
staylor@soonerlaw.com
epfanstiel@soonerlaw.com
*Attorneys for Defendant*